UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

---

VLADISLAV SEMENOV
    Plaintiff

                                 **CASE NO. 3:10-cv-00106-JHM-JDM**

vs.

AMERICAN EXPRESS TRAVEL      **ELECTRONICALLY FILED**
RELATED SERVICES, ET AL.
    Defendants

---

**NOTICE OF SETTLEMENT**

    Notice is hereby given to the Court, the parties and their respective counsel that the Plaintiff, by counsel, and the Defendants CSC Credit Services and Equifax, Inc., by counsel, have settled the disputes and claims between them. A confidential settlement agreement is being executed and an agreed order of dismissal shall be filed with the Court within 15 days. Accordingly, neither Equifax or CSC need file an answer or other responsive pleading to the Complaint.

    This settlement does not affect or impair any of the Plaintiff's claims against the remaining defendants.

                                                         Respectfully submitted:

                                                         Cooper & Friedman, PLLC

                                                         /s/ Hal D. Friedman
                                                         Hal D. Friedman
                                                         1448 Gardiner Lane, Suites 301-303
                                                        Louisville, Kentucky 40213
                                                         (502) 459-7555
                                                         *Counsel for Plaintiff*

## **CERTIFICATE**

    I hereby certify that on March 9, 2010 the foregoing was filed and served via the Court's ECF system to all counsel of record.

/s/ Hal D. Friedman_____
Hal D. Friedman
