UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

VLADISLAV SEMENOV
    Plaintiff

CASE NO. 3:10-cv-00106-JHM-JDM

vs.

AMERICAN EXPRESS TRAVEL
RELATED SERVICES, ET AL.
    Defendants

ELECTRONICALLY FILED

## NOTICE OF SETTLEMENT

Notice is hereby given to the Court, the parties and their respective counsel that the Plaintiff, by counsel, and the Defendant Trans Union, by counsel, have settled the disputes and claims between them. A confidential settlement agreement is being drafted, and will be executed and an agreed order of dismissal shall be filed with the Court within 30 days.

This settlement does not affect or impair any of the Plaintiff's claims against the remaining defendants Experian or American Express and their related entities.

Respectfully submitted:

Cooper & Friedman, PLLC

/s/ Hal D. Friedman
Hal D. Friedman
1448 Gardiner Lane, Suites 301-303
Louisville, Kentucky 40213
(502) 459-7555
*Counsel for Plaintiff*

## **CERTIFICATE**

    I hereby certify that on March 31, 2010 the foregoing was filed and served via the Court's ECF system to all counsel of record.

                                                        /s/ Hal D. Friedman
                                                        Hal D. Friedman