UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

VLADISLAV SEMENOV
    Plaintiff

CASE NO. 3:10-cv-00106-JHM-JDM

vs.

AMERICAN EXPRESS TRAVEL
RELATED SERVICES, ET AL.
    Defendants

ELECTRONICALLY FILED

## AGREED STIPULATION AND ORDER OF DISMISSAL AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Comes the Plaintiff, by counsel, and Experian Information Solutions, Inc. ("Experian"), by counsel, and hereby inform the court that they have reached settlement in this case, that their settlement agreement requires tender of an Agreed Order of Dismissal, and that this action should be dismissed with prejudice as to the claims asserted by the Plaintiff against Experian. Accordingly, the Court being sufficiently advised,

IT IS HEREBY ORDERED that all of the claims of the Plaintiff against Experian are hereby dismissed with prejudice, each party to bear their own costs and attorney fees. This dismissal does not affect any claims Plaintiff has asserted against any other party herein, all of which are reserved and remain unaffected by this settlement or dismissal.

Respectfully submitted:

Cooper & Friedman, PLLC

/s/ Hal D. Friedman
Hal D. Friedman
1448 Gardiner Lane, Suites 301-303
Louisville, Kentucky 40213
(502) 459-7555
*Counsel for Plaintiff*

/s/ Amber Merl
Amber Lea Merl, Esq.
Jones Day
325 John H. McConnell Boulevard, Suite 600
Columbus, Ohio 43215-2673
*Counsel for Experian*

Copies to: Counsel of record