UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

VLADISLAV SEMENOV
    Plaintiff

CASE NO. 3:10-cv-00106-JHM-JDM

vs.

AMERICAN EXPRESS TRAVEL
RELATED SERVICES, ET AL.
    Defendants

ELECTRONICALLY FILED

### AGREED STIPULATION AND ORDER OF DISMISSAL AS TO AMERICAN EXPRESS

Comes the Plaintiff, by counsel, and the Defendant, American Express, by Counsel, and hereby inform the Court that they have finalized a settlement in this case, that their settlement agreement requires tender of an Agreed Order of Dismissal, and that this action should be dismissed with prejudice as to the claims asserted by the Plaintiff against American Express and its subsidiaries or related companies.

Further, settlements having been achieved in and as to all claims asserted by the Plaintiff against all prior parties herein, this action may be dismissed, with prejudice, all parties to bear their own costs and attorney fees. Accordingly, the Court being sufficiently advised,

IT IS HEREBY ORDERED that all of the claims of the Plaintiff against American Express and all claims asserted by American Express against the Plaintiff are hereby dismissed with prejudice, each party to bear their own costs and attorney fees.

This action having been settled in fully, it is hereby dismissed, with prejudice, from the active docket of the Court.

HAVE SEEN AND AGREE:

Cooper & Friedman, PLLC

/s/ Hal D. Friedman
Hal D. Friedman
1448 Gardiner Lane, Suites 301-303
Louisville, Kentucky 40213
(502) 459-7555
*Counsel for Plaintiff*

/s/ David Deatrick
David R. Deatrick, Jr.
Deatrick & Spies, PSC
Counsel for Defendant American Express
1587 Story Avenue
Louisville, Kentucky 40206